POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KNIGHT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTOMX THERAPEUTICS, INC., SEAN A. MCCARTHY, CARLOS CAMPOY, and DEBANJAN RAY,<br><br>Defendants. | Case No.: 5:20-cv-03432-BLF<br><br>NOTICE OF NON-OPPOSITION OF KEVIN KNIGHT TO MOTION OF MICHAEL MARGIOTTA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On July 20, 2020, Kevin Knight filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Knight as Lead Plaintiff in the above-captioned action ("Action") on behalf of a class consisting of all persons and entities, other than the above-captioned defendants, who purchased or otherwise acquired CytomX Therapeutics, Inc. securities between May 17, 2018, and May 13, 2020, both dates inclusive (the "Class"); and (2) approving Mr. Knight's selection of Pomerantz LLP as Lead Counsel.  Dkt. No. 27.

Having reviewed the competing motion of Michael Margiotta (Dkt. No. 22), it appears that Mr. Margiotta possesses the "largest financial interest" in this Action within the meaning of the PSLRA.  Accordingly, Mr. Knight does not oppose Mr. Margiotta's motion for appointment as Lead Plaintiff.  This notice of non-opposition shall have no bearing on Mr. Knight's membership in the proposed Class or his ability to share in any recovery secured for the Class in this Action.

Dated:  August 3, 2020                    Respectfully submitted,


POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*

NOTICE OF NON-OPPOSITION OF KEVIN KNIGHT TO MOTION OF MICHAEL MARGIOTTA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:20-cv-03432-BLF

**PROOF OF SERVICE**

I hereby certify that on August 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/ Jennifer Pafiti*
> Jennifer Pafiti

NOTICE OF NON-OPPOSITION OF KEVIN KNIGHT TO MOTION OF MICHAEL MARGIOTTA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:20-cv-03432-BLF