**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KEVIN KNIGHT,

          Plaintiff,

    v.

CYTOMX THERAPEUTICS, INC., et al.,

          Defendants.

Case No.  20-cv-03432-BLF

**ORDER VACATING NOVEMBER 5, 2020 HEARING; TERMINATING MR. KNIGHT'S MOTION AT ECF 27 AS MOOT**

On July 20, 2020, Plaintiff Michael Margiotta filed a motion to appoint plaintiff and lead counsel. *See* Mot., ECF 22. On the same day, Plaintiff Kevin Knight also filed a motion to appoint plaintiff and lead counsel. *See* Mot., ECF 27. On August 3, 2020, Mr. Knight filed a notice of non-opposition to Mr. Margiotta's motion on that basis that Mr. Margiotta possesses the "largest financial interest in this matter within the meaning of the Private Securities Litigation Reform Act of 1995. *See* Notice, ECF 31. Accordingly, Mr. Knight's motion, filed at ECF 27, is TERMINATED AS MOOT. As to Mr. Margiotta's unopposed motion, pursuant to Civil Local Rule 7-1(b), the Court finds it is appropriate for determination without oral argument. Accordingly, the Court VACATES the scheduled November 5, 2020 hearing as to this motion, and the motion is hereby SUBMITTED.

**IT IS SO ORDERED.**

Dated: October 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California