THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
(lrosen@rosenlegal.com)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Lead Plaintiff*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KNIGHT, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CYTOMX THERAPEUTICS, INC., SEAN A. MCCARTHY, CARLOS CAMPOY and DEBANJAN RAY, <br><br> Defendants. | Case No.: 5:20-cv-03432-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** <br><br> **CLASS ACTION** |

1

Lead Plaintiff Michael Margiotta ("Lead Plaintiff") and Defendants CytomX Therapeutics, Inc., Sean McCarthy, Carlos Campoy, and Debanjan Ray ("Defendants," and together with Lead Plaintiff, the "Parties"), through their undersigned counsel stipulate as follows:

WHEREAS, a complaint in this action alleging violations of the Federal Securities Laws was filed on May 21, 2020 (Dkt. No. 1);

WHEREAS, this action was filed as a class action but not certified as such.

WHEREAS, on November 18, 2020 the court appointed Michael Margiotta as Lead Plaintiff and approved Lead Plaintiff's selection of the Rosen Law Firm, P.A., as Lead Counsel (Dkt. No. 33);

WHEREAS, the deadline for Lead Plaintiff to file an amended complaint is January 22, 2021 (Dkt. No. 36);

WHEREAS, Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff is entitled to dismiss this action by filing a "stipulation of dismissal by all parties who have appeared."

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel that this action will be dismissed with prejudice as to Lead Plaintiff and without prejudice as to absent class members, with all Parties to bear their own costs and fees.

IT IS SO STIPULATED AND AGREED TO THIS 13th  day of January, 2021.

**THE ROSEN LAW FIRM, P.A.**              **COOLEY LLP**


/s/ Laurence M. Rosen                    /s/Koji F. Fukumura
Laurence M. Rosen                        Koji F. Fukumura
355 South Grand Avenue, Suite 2450       Heather Speers
Los Angeles, CA 90071                    4401 Eastgate Mall
Telephone: (213) 785-2610                San Diego, CA 92121
Facsimile: (213) 226-4684                Telephone: (858) 550-6000
Email: lrosen@rosenlegal.com             Facsimile: (858) 550-6420
                                         kfukumura@cooley.com
                                         hspeers@cooley.com
*Lead Counsel for Lead Plaintiff and*
*Putative Class*                         Shannon Eagan
                                         3175 Hanover Street
                                         Palo Alto, CA 94304
                                         Telephone: (650) 843-5000
                                         Facsimile: (650) 843-7400
                                         seagan@cooley.com

                                         *Counsel for Defendants*


        Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing his stipulation.

Dated: January 13, 2021

                                         /s/ Laurence M. Rosen
                                         Laurence M. Rosen

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL
– No. 5:20-cv-03432-BLF

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**:

    1.    This action is hereby dismissed with prejudice as to Lead Plaintiff and without prejudice as to absent class members pursuant to Fed. R. Civ. P. 41(a)(1) with all parties to bear their own costs and fees.

Dated   _____, 2021

                                          _____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

4