THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
(lrosen@rosenlegal.com)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Lead Plaintiff*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KNIGHT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTOMX THERAPEUTICS, INC., SEAN A. MCCARTHY, CARLOS CAMPOY and DEBANJAN RAY,<br><br>Defendants. | Case No.: 5:20-cv-03432-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**<br><br>**CLASS ACTION** |

1

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL
– No. 5:20-cv-03432-BLF

Lead Plaintiff Michael Margiotta ("Lead Plaintiff") and Defendants CytomX Therapeutics, Inc., Sean McCarthy, Carlos Campoy, and Debanjan Ray ("Defendants," and together with Lead Plaintiff, the "Parties"), through their undersigned counsel stipulate as follows:

WHEREAS, a complaint in this action alleging violations of the Federal Securities Laws was filed on May 21, 2020 (Dkt. No. 1);

WHEREAS, this action was filed as a class action but not certified as such.

WHEREAS, on November 18, 2020 the court appointed Michael Margiotta as Lead Plaintiff and approved Lead Plaintiff's selection of the Rosen Law Firm, P.A., as Lead Counsel (Dkt. No. 33);

WHEREAS, the deadline for Lead Plaintiff to file an amended complaint is January 22, 2021 (Dkt. No. 36);

WHEREAS, Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff is entitled to dismiss this action by filing a "stipulation of dismissal by all parties who have appeared."

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel that this action will be dismissed with prejudice as to Lead Plaintiff and without prejudice as to absent class members, with all Parties to bear their own costs and fees.

IT IS SO STIPULATED AND AGREED TO THIS 13th day of January, 2021.

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **COOLEY LLP** |
| /s/ Laurence M. Rosen<br>Laurence M. Rosen<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>*Lead Counsel for Lead Plaintiff and Putative Class* | /s/Koji F. Fukumura<br>Koji F. Fukumura<br>Heather Speers<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br>kfukumura@cooley.com<br>hspeers@cooley.com<br><br>Shannon Eagan<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 843-7400<br>seagan@cooley.com<br><br>*Counsel for Defendants* |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing his stipulation.

Dated: January 13, 2021

/s/ Laurence M. Rosen
Laurence M. Rosen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**:

1. This action is hereby dismissed with prejudice as to Lead Plaintiff and without prejudice as to absent class members pursuant to Fed. R. Civ. P. 41(a)(1) with all parties to bear their own costs and fees.

Dated  January 14 , 2021            /s/ Beth Labson Freeman
                                    HONORABLE BETH LABSON FREEMAN
                                    UNITED STATES DISTRICT JUDGE